UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                                                            Case No. 2:07-cr-21

DEREK JOSEPH LINKLATER,                                HON. ROBERT HOLMES BELL

      Defendant(s).
_____/

ORDER OF DETENTION

      Defendant appeared before the undersigned on August 8, 2007, for purposes of an initial appearance and an arraignment on an indictment charging Second Degree Murder. A motion for detention was filed by the government. Defendant advised the court that he did not object to detention at this time and would not contest the motion. Accordingly, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

      IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      IT IS SO ORDERED.

      /s/ Timothy P. Greeley
      TIMOTHY P. GREELEY
      UNITED STATES MAGISTRATE JUDGE

Dated: August 9, 2007